FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

NOV 21 2000

JAMES W McCORMACK, CLERK
By: _____ DEP. CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

ANNE SLOAN AND LARRY SLOAN                             PLAINTIFFS

V.                           NO. 2-00 CV 00230 JMM

MOTORISTS MUTUAL INSURANCE COMPANY                     DEFENDANT

## COMPLAINT

Plaintiffs, for their complaint, state:

This case assigned to District Judge _Moody_
and to Magistrate Judge _Cavaneo_

1. Plaintiffs are citizens and residents of Kentucky.

2. Defendant is a corporation organized in a state other than Kentucky and with its principal place of business in a state other than Kentucky.

3. The amount in controversy, exclusive of interest and costs, exceeds $75,000.00.

4. Defendant is authorized to do business and is doing business in Arkansas.

5. On or about December 26, 1995, plaintiff Anne Sloan was involved in an automobile accident. The driver of the other automobile was Loresa Mae Bounderville. The accident was caused by Bounderville's negligence. The accident occurred in Crittenden County, Arkansas.

6. Plaintiff Anne Sloan received and incurred severe injuries in the accident. She has incurred medical expenses in excess of $100,000.00, has

DOCUMENT NUMBER
/
JAMES W. McCORMACK

suffered pain and will do so in the future, has suffered mental anguish and will do so in the future, has lost wages, has permanent scars and disfigurement, and has sustained a permanent injury. Plaintiff Larry Sloan is the husband of Anne Sloan and suffered a loss of consortium.

7. Loresa Mae Bounderville had insurance with State Farm with policy limits of $100,000.00. Plaintiffs have settled their claim against Loresa Mae Bounderville for policy limits. Defendant was offered the opportunity to pay the settlement to protect its subrogation rights, but refused to do so.

8. At the time of the accident, plaintiffs had an insurance policy in full force and effect with defendant, Policy No. 3844-05-035112-14A. That policy included under insured motorists coverage of $500,000.00.

9. Plaintiffs' damages are well in excess of $100,000.00, and plaintiffs are entitled to collect damages in excess of $100,000.00 from defendant.

10. Plaintiffs demand a trial by jury.

Wherefore, plaintiffs pray judgment against defendant in the amount of $500,000.00, for pre-judgment interest, twelve (12%) percent penalty, attorneys' fees and all other proper relief.

Respectfully submitted,

Timothy O. Dudley, #82055
221 West 2nd St., Suite 701
Little Rock, AR 72201
(501) 372-0080

Kent J. Rubens
Rieves, Rubens & Mayton
Post Office Box 1359
West Memphis, AR 72303
(870) 735-3420

BY: _/s/ Tim Dudley_